**Mary Highland MOORE, Respondent,**

v.

**Thomas Richard HIGHLAND, Appellant.**

No. WD 40999.

Missouri Court of Appeals,
Western District.

May 30, 1989.

Craig A. Van Matre, Columbia, for appellant.

**750**

Roger P. Krumm, Fulton, for respondent.

Before KENNEDY, C.J., and
NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Husband Thomas R. Highland appeals the child support and maintenance awards in a decree of dissolution dated July 29, 1988.

Judgment affirmed. Rule 84.16(b).